UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
December 18, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PS_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> and THE STATE OF TEXAS § <br> *ex rel.* Matthew Andrew Garces § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TENET HEALTHCARE CORPORATION, § <br> BAPTIST HEALTH SYSTEM, INC. § <br> § <br> Defendants. § | **SEALED** <br><br> Civ. A. No. SA:  SA: 18-CA-0802 DAE <br><br> **FILED UNDER SEAL** |

ORDER

The United States, and the State of Texas, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The State of Texas should be similarly served. The United States and the State of Texas may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States and the State of Texas;

6. all orders of this Court shall be sent to the United States and the State of Texas; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Texas before ruling or granting its approval.

IT IS SO ORDERED,

SIGNED AND ENTERED this __18th__ day of __December__, 2020.

_____
THE HONORABLE DAVID A. EZRA
SENIOR UNITED STATES DISTRCT JUDGE